UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOANDRIS FUENTES,

        Petitioner,

    v.

STATE OF FLORIDA,  MIAMI
DADE SHERIFF'S OFFICE,  U.S.
ATTORNEY GENERAL,

        Respondents.

_____/

Case No. 2:26-cv-2078-KCD-KRH

## ORDER

Petitioner Yoandris Fuentes is a Cuban citizen currently detained by U.S. Immigration and Customs Enforcement. He now seeks a writ of habeas corpus under 28 U.S.C. § 2241 directed to the Miami-Dade Sheriff. (Doc. 1 at 1.) The second page of the petition is almost entirely in Spanish. The Court cannot discern a claim that is cognizable in this Court under § 2241. A writ of habeas corpus is the remedy for someone seeking release from unlawful confinement. It challenges the fact or duration of detention, none of which Fuentes raises here.[1] *See, e.g.*, *Hutcherson v. Riley*, 468 F.3d 750, 754 (11th Cir. 2006). The Clerk is thus **DIRECTED** to terminate any pending motions and deadlines and close the case.

---

[1] Fuentes previously raised habeas claims in this Court, which were denied. *See* Case No. 2:26-cv-1558-KCD-KRH. Those impediments to habeas relief remain—he is still within the six-month presumptively reasonable time period set forth in *Zadvydas v. Davis*, 533 U.S. 678 (2001).

**ORDERED** in Fort Myers, Florida on July 14, 2026.

Kyle C. Dudek
United States District Judge